DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK RUTHERFORD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2673

[November 22, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502003CF006439A.

Frederick Rutherford, Milton, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*